IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *    CR 121-043 |
| | * |
| BOBBY HARRISON | * |

O R D E R

Defendant Bobby Harrison is currently serving an eight-year term of supervised release following his imprisonment term for a conviction on conspiracy to possess with intent to distribute and to distribute 500 grams or more of cocaine base, a violation of 21 U.S.C. § 846. While Defendant has been fully compliant with all terms of his supervised release, even purchasing a home recently, both the United States Attorney's Office and his supervising probation officer oppose early termination because he has only served three years of his lengthy supervised release term. The Court will therefore **DENY** Defendant's motion for early termination. Defendant may re-file any time after May 25, 2025, the halfway point of his supervised release term.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of June, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA