IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 121-043 |
| | * | |
| BOBBY HARRISON | * | |

O R D E R

Defendant Bobby Harrison's eight-year term of supervised release commenced in May 2021. On July 6, 2021, supervision was transferred to this district's United States Probation Office from the Northern District of New York. At present, Defendant seeks early termination of supervised release. The Probation Office has provided a favorable report of Defendant's supervision. Neither the Probation Office nor the United States Attorney's Office oppose early termination. Therefore, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of Defendant's term of supervised release (doc. 9) is **GRANTED**. Defendant Bobby Harrison is hereby discharged from supervised release upon entry of this Order. The Clerk is directed to send a copy of this Order to Mr. Matthew James of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of July, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA